UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMBRAER, S.A.<br><br>　　　　　　　　　　Defendant. | Case No. 0:16-cv-62501-JAL |

**PLAINTIFF'S NOTICE OF FILING CONSENT OF DEFENDANT EMBRAER, S.A. AND REQUEST FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Securities and Exchange Commission hereby files the attached signed Consent of Defendant Embraer, S.A. to entry of Final Judgment ("Final Judgment"). Accordingly, Plaintiff respectfully requests entry of the attached proposed Final Judgment, which will resolve the entirety of this matter against Defendant without the need for trial.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  October 24, 2016

　　　　　　　　　　　　　　　　　　*s/Andrew O. Schiff*
　　　　　　　　　　　　　　　　　　Andrew O. Schiff
　　　　　　　　　　　　　　　　　　Regional Trial Counsel
　　　　　　　　　　　　　　　　　　S.D. Fla. No. A5501900
　　　　　　　　　　　　　　　　　　Direct Dial: (305) 982-6390
　　　　　　　　　　　　　　　　　　E-mail: schiffa@sec.gov

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　**SECURITIES AND EXCHANGE COMMISSION**
　　　　　　　　　　　　　　　　　　801 Brickell Avenue, Suite 1800
　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　Telephone: (305) 982-6300
　　　　　　　　　　　　　　　　　　Facsimile: (305) 536-4154

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing was served by email and U.S. mail on October 24, 2016 on all counsel or parties of record in the Service List below.

*s/Andrew O. Schiff*
Andrew O. Schiff

## SERVICE LIST

*SEC v. Embraer S.A., Case No. 0:16-cv-62501-JAL (S.D. Fla.)*

*Attorneys for Defendant*

John P. Rowley III
Joan E. Meyer
Richard N. Dean
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
(202) 835-6151
John.rowley@bakermckenzie.com; and

Esther M. Flesch
Eirca Sarubbi
Trench, Rossi e Watanabe
Rua Arq. Olavo Redig de Campos, 105
31st Floor Edificio EZ Towers Torre A
04711-904 Sao Paulo – SP – Brasil
+55 11 30468 6940
Esther.flesch@trenchrossi.com